IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK DOUGLAS BENNETT,

    Plaintiff,                         No. CIV S-08-0836 LEW DAD P

vs.

WARDEN WINETT, et al.,

    Defendants.                 <u>ORDER</u>

/

        Plaintiff, a state prisoner confined at California Correctional Institution in Tehachapi, California, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

/////

1  In this case, plaintiff complains of conditions of confinement at California Correctional Institution in Tehachapi. Therefore, plaintiff's claim should have been filed in the Fresno Division of this court.[1] In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that:

1. This court has not ruled on plaintiff's request to proceed in forma pauperis; and

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: April 25, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
benn0836.21

---

[1] Although plaintiff also lists "The Director of Corrections" as a defendant, it is clear that plaintiff is suing the CDC Director solely in a respondeat superior capacity. In addition, to the extent that plaintiff alleges he is seeking enforcement of an injunction entered in Case No. 01-0617 GEB PAN, plaintiff is in error. In that case, the court dismissed plaintiff's complaint for his contumacious failure to comply with court orders and the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure.